**Eric PAYNE, Petitioner–Appellant,**

v.

**Loretta KELLY, Respondent–Appellee.**

**No. 01–7436.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2002.

Decided Feb. 4, 2002.

Eric Payne, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

*States v. Pittman,* 209 F.3d 314, 317–18 (4th Cir.2000), and *United States v. Sanders,* 247 F.3d 139, 151 (4th Cir.2001).

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Eric Payne appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Payne v. Kelly*, No. CA–01–195–7 (W.D.Va. July 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.